**Order entered June 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00898-CR

**BRANDON LAWRENCE COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81168-2011**

## ORDER

On April 16, 2013, this Court ordered court reporter Kimberly Tinsley to file, within thirty days, either the reporter's records of the January 21, 2011, May 24, 2011, June 15, 2011, and September 26, 2011 hearings or a letter certifying that the records do not exist. To date, Ms. Tinsley has filed neither the records of the hearings nor the verification that there are no records. The appeal cannot proceed until the issue of the records is resolved.

Accordingly, we **ORDER** the trial court to conduct a hearing and to make findings regarding the following:

- Whether hearings were conducted on January 21, 2011, May 24, 2011, June 15, 2011, and September 26, 2011.

- If the trial court determines that hearings were held on those dates, the trial court shall next determine whether the hearings were recorded.

- If the hearings were recorded, the trial court shall next determine the name and contact information of the court reporter or reporters who recorded the hearings, whether the notes are available and can be transcribed, and the date by which the records will be filed.

- If the trial court determines that any notes are not available or cannot be transcribed, the trial court shall determine whether appellant is at fault for the loss or destruction of any notes and whether the parties can agree on a substituted record.

We **ORDER** the trial court to transmit a record of the hearing containing its findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE